Straus's Estate.

Argued April 20, 1932. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

458

*R. M. Remick,* of *Saul, Ewing, Remick & Saul,* with him *Arthur S. Arnold,* for appellants.—The present proceeding is properly brought under the Act of June 18, 1923, P. L. 840: Cryan's Est., 301 Pa. 386; List's Est., 283 Pa. 255.

No brief for appellee.

PER CURIAM, May 9, 1932:

This appeal is from the refusal of the orphans' court to render a declaratory judgment involving the construction of the will of Emanuel Straus. The decree of the court below dismissing the petition is affirmed on the opinion of Judge GEST for the court in banc. Costs to be paid by appellant.